LYNNE C. HERMLE (STATE BAR NO. 99779)
lchermle@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
Telephone:    650-614-7400
Facsimile:    650-614-7401

JULIE A. TOTTEN (STATE BAR NO. 166470)
jatotten@orrick.com
TIMOTHY B. DEL CASTILLO (STATE BAR NO. 277296)
tdelcastillo@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone:    916-447-9200
Facsimile:    916-329-4900

Attorneys for Defendants
Luxottica Retail North America Inc. and
EYEXAM of California, Inc.

Raul Perez (SBN 174687)
Raul.Perez@Capstonelawyers.com
Capstone Law APC
1840 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396

Attorneys for Plaintiff Lendsie Page

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENDSIE PAGE, individually as an aggrieved employee and on behalf of others similarly situated,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>LUXOTTICA RETAIL NORTH AMERICA INC., an Ohio Corporation; EYEXAM OF CALIFORNIA, INC., a California corporation; and DOES 1 through 100, inclusive,<br><br>　　　　　　　　Defendants. | Case No. 13-cv-01333-MCE-KJN<br><br>**ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION TO REMAND FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>Judge:　　Hon. Morrison C. England, Jr.<br>Date Action Filed: April 11, 2013 |

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW

Pursuant to the stipulation of the parties, and good cause appearing, the hearing date for Plaintiff's Motion to Remand for Lack of Subject Matter Jurisdiction is continued from August 22, 2013 to **September 5, 2013, at 9 a.m.** in Courtroom 7.

**IT IS SO ORDERED.**

Dated:  August 5, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW

- 1 -